JAMES E. BURNS (STATE BAR NO. 53250)
ERICH F. LICHTBLAU (STATE BAR NO. 184450)
SARAH C. MARRIOTT (STATE BAR NO. 241301)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:     415-773-5759

Attorneys for Plaintiff
Carlos Castro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos Castro,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Cal Terhune, Director, California Department of Corrections, Bonnie G. Garibay; J. Batchelor; S. C. Wolhwend; A. Scribner; J. Stokes; M. Yarborough; L. Hood; C. Campbell; A. M. Gonzalez; M. Ayala; E. Derusha, c/o Robert L. Ayers, Warden; J. Martinez<br><br>　　　　　　　Defendants. | Case No.  3:98-CV-04877-WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; AND** [PROPOSED] **ORDER** |

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Carlos Castro substitutes the firm of Orrick, Herrington & Sutcliffe LLP as his attorneys of record in the above action in place of plaintiff representing himself *pro se*.

I consent to the above substitution.

August 12, 2007            Carlos Castro

_____
Carlos Castro

We accept the above substitution

August 21, 2007            Erich F. Lichtblau
                           ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Erich F. Lichtblau

**ORDER**

IT IS SO ORDERED.

Dated: August 27, 2007

_____
The Honorable William Alsup
United States District Judge

[Stamp: IT IS SO ORDERED. Judge William Alsup, United States District Court, Northern District of California]

- 1 -

## CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 22, 2007, I served a copy of the following document(s):

**NOTICE OF SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Matthew D. Mandelbaum
California State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2007, at San Francisco, California.

_____
Nancy Lee-Ramos