IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL TERHUNE, et al.,<br><br>    Defendants.<br>                                          / | No. C 98-04877 WHA<br><br>**CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE** |

YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference for **3:00 P.M. ON MARCH 6, 2009,** in Courtroom No. 9 at the federal courthouse, 450 Golden Gate Avenue, San Francisco, California.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated:   February 18, 2009.

FOR THE COURT,

Richard W. Wieking, Clerk


By:____s/_____
         Dawn Toland

Courtroom Deputy to the
Honorable William Alsup