United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTRO,<br><br>    Plaintiff,<br><br>    v<br><br>DIR. CAL TERHUNE et al.,<br><br>    Defendants. | Case No C 98-4877 WHA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

    A settlement conference in this matter was held on April 27, 2009. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Kenneth Roost

    ☒ Other: Erich Lichtblau, attorney for Plaintiff, Dan Vasquez, Plaintiff's expert witness, and William Barlow for California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties are continuing to discuss settlement. If an agreement has not been reached prior to May 7, 2009, the parties shall appear for further settlement conference on May 7, 2009 at 2:00 p.m in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.

☐ The parties are unable to reach an agreement at this time.

Date: 4/29/09

Nandor J Vadas
United States Magistrate Judge