**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

12   CARLOS CASTRO,                            Case No C 98-4877 WHA

13        Plaintiff,                           REPORT OF PRO SE PRISONER
                                               EARLY SETTLEMENT
14        v                                    PROCEEDING

15   DIR. CAL TERHUNE,

16        Defendants.

17
18

19        A settlement conference in this matter was held on May 7, 2009. The results of that

20   proceeding are indicated below:

21   (1)    The following individuals, parties, and/or representatives participated in the

22          proceeding, each possessing the requisite settlement authority:

23          ☒  Plaintiff

24          ☐ Warden or warden's representative

25          ☒ Office of the California Attorney General, Kenneth Roost

26          ☒ Other: Erich Lichtblau, attorney for plaintiff,

27
28

1  (2)     The following individuals, parties, and/or representatives did not appear:

2  (3)     The outcome of the proceeding was:

3          ☐  The case has been completely settled.

4          ☐   The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7          ☐  The parties agree to an additional follow up settlement on

8  _____.

9          ☒   The parties are unable to reach an agreement at this time but are continuing to

10 work toward settlement and will communicate its status with the court.

11
   Date:  5/12/09                                   _____

12                                                  Nandor J Vadas
                                                    United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California