IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, *et al.*,

    Defendants.

No. C 98-04877 WHA

**ORDER DENYING JOINT REQUEST FOR EXTENSION OF PROCEDURAL SCHEDULE**

Good cause not shown, the parties' joint request for entry of an order extending the procedural schedule by five weeks is **DENIED**. "Settlement negotiations" is not a good reason. Please take notice that the current deadlines remain operative until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: June 10, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE