IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, Director, California Department of Corrections, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT L. AYERS, Warden, and J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE AND VACATING HEARING DATE OF 7/23/2009**

The Court is in receipt of plaintiff's motion to compel production of documents and hereby **SETS** a further meet-and-confer for **FRIDAY, JUNE 19, 2009, AT 11:30 A.M.,** at the attorney's lounge on the eighteenth floor in the federal courthouse, located at 450 Golden Gate Avenue, in San Francisco. A hearing shall be held at **2:00 P.M.** that same day in Courtroom 9 to hear any outstanding issue(s). Defendants' response is due by **NOON ON JUNE 18**. The hearing set by plaintiff for July 23, 2009, at 8:00 a.m. is **VACATED**. Please note that only the lawyers who personally attend the meet-and-confer are permitted to argue at the hearing.

**IT IS SO ORDERED.**

Dated: June 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE