United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, Director, California Department of Corrections, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT L. AYERS, Warden, and J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER RESETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The parties are expected to further meet-and-confer at **11:30 a.m. on FRIDAY, JUNE 19, 2009,** in the attorney's lounge on the eighteenth floor of the federal courthouse. However, the Court will move the hearing to **12:30 P.M.** that same day in Courtroom 9 to deal with any outstanding issue(s). Please note that only the lawyers who personally attend the meet-and-confer are permitted to argue at the hearing.

**IT IS SO ORDERED.**

Dated: June 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE