**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

United States District Court
For the Northern District of California

| | |
|---|---|
| CARLOS CASTRO,<br>  Plaintiff,<br>   v<br>DIRECTOR CAL TERHUNE et al.,<br>  Defendants. | Case No C 98-4877<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

  A settlement conference in this matter was held on June 24, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

  ☒ Plaintiff and his attorney, Erich Lichtblau

  ☐ Warden or warden's representative

  ☒ Office of the California Attorney General, Kenneth Roost

  ☒ Other: California Department of Corrections and Rehabilitation, Jeff Hook on phone standby

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☒ The case has been partially resolved and the matter is scheduled for a status hearing on the final settlement agreement on July 14, 2009 at 1:00 p.m. in Courtroom C, 450 Golden Gate Avenue, San Francisco, California.  Plaintiff may appear by phone.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  6/29/09

_____
Nandor J Vadas
United States Magistrate Judge