JAMES E. BURNS, JR. (STATE BAR NO. 53250)
jburns@orrick.com
ERICH F. LICHTBLAU (STATE BAR NO. 184450)
elichtblau@orrick.com
EUNICE J. LEE (STATE BAR NO. 233467)
ejlee@orrick.com
SARAH C. MARRIOTT (STATE BAR NO. 241301)
smarriott@orrick.com
TARA M. MCMANIGAL (STATE BAR NO. 252076)
tmcmanigal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Plaintiff
Carlos Castro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carlos Castro,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Cal Terhune, Director, California Department of Corrections, Bonnie G. Garibay; J. Batchelor; S. C. Wolhwend; A. Scribner; J. Stokes; M. Yarborough; L. Hood; C. Campbell; A. M. Gonzalez; M. Ayala; E. Derusha, c/o Robert L. Ayers, Warden; J. Martinez<br><br>　　　　　　Defendants. | Case No.  3:98-CV-04877-WHA<br><br>[PROPOSED] AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>Trial Date: November 2, 2009<br>Time:  8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge: William Alsup |

1  Carlos Castro, inmate no. C-69975, a necessary and material party in proceedings in this
2  case is confined in PELICAN BAY STATE PRISON, 5905 LAKE EARL DRIVE or P.O. BOX
3  7500, CRESCENT CITY, CALIFORNIA 95532.  To provide defense counsel sufficient time
4  prior to trial to meet with Mr. Castro in person to prepare for the case it is necessary that a Writ of
5  Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate to San
6  Quentin, California 94964 at a time prior to trial, which is scheduled to begin December 14, 2009,
7  that would enable Plaintiff's counsel to meet with him on two separate days for a minimum of
8  three hours each day.  To secure his participation it is necessary that a Writ of Habeas Corpus Ad
9  Testificandum issue commanding the custodian to produce the inmate before this court,
10 Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Ave., San Francisco,
11 California 94102 on December 14, 2009 at 7:30 a.m. and each day thereafter through the duration
12 of his trial.
13 ACCORDINGLY, IT IS ORDERED that:
14 1.  This Court's Order of Writ of Habeas Corpus Ad Testifcandum dated October 13, 2009 is
15 vacated.
16 2.  A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court
17 commanding the Warden of Pelican Bay State Prison, 5905 LAKE EARL DRIVE or P.O. BOX
18 7000, CRESCENT CITY, CALIFORNIA 95532 to produce the inmate to California State Prison,
19 San Quentin located at, San Quentin, CA 94964 at a time prior to trial, which is scheduled for
20 December 14, 2009, at least two attorney visiting days in advance of December 14, 2009 so that
21 Mr. Castro can meet with his attorney(s) at least twice prior to December 14, 2009;
22 3.  A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court,
23 commanding the Warden of Pelican Bay State Prison at 5905 LAKE EARL DRIVE or P.O. BOX
24 7000, CRESCENT CITY, CALIFORNIA 95532 to produce the inmate before this court,
25 Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Ave., San Francisco,
26 California 94102 on December 14, 2009 at 7:30 a.m. and from day to day until the completion of
27 court proceedings as ordered by the Court under the custody of the Federal Marshal; and
28 4.  The Clerk of Court is ordered to serve a courtesy copy of this order and Writ of Habeas

OHS West:260753691.1                           1                    [PROPOSED] AMENDED WRIT OF HABEAS CORPUS AD
                                                                                      TESTIFICANDUM
                                                                                     3:98-CV-04877-WHA

1  Ad Testificandum on the Out To Court Desk of Pelican Bay State Prison, 5905 Lake Earl Drive,
2  or P.O. Box 7200 Crescent City, California 95532.
3  5.    Upon completion of the trial in the civil rights action, and upon satisfaction of this writ by
4  the Court, the United States Federal Marshal return Carlos Castro to State Officers so that they
5  may return him to Pelican Bay State Prison under safe and secure conduct.
6  6.    Pelican Bay State Prison, the Sheriff's Department, the United States Marshal, and the
7  United States Bureau of Prisons shall each bear their respective costs of implementation of the
8  terms of this writ and that the United States Marshal shall provide all necessary security for the
9  custody of Carlos Castro, so long as he is in the temporary custody of the Court.
10     I COMMAND you to produce the inmate named above to appear before the United States
11  District Court at the time and place named above; and thereafter to return the inmate to the above
12  institution.
13     Further, you are ordered to notify the Court of any change of custody of the inmate and to
14  provide the new custodian with a copy of this writ.
15  ~~October 30~~, 2009
    November 2



OHS West:260753691.1                                2                        [~~PROPOSED~~] AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM
                                                                             3:98-CV-04877-WHA