IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, Director, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S. C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A. M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT LL. AYERS, Warden, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER SETTING FINAL PRETRIAL CONFERENCE**

The Court hereby sets a final pretrial conference for **2:30 P.M. ON DECEMBER 7, 2009,** in Courtroom No. 9 at the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Counsel shall submit a joint final pretrial conference statement not to exceed ten pages by **9:00 A.M. ON DECEMBER 4, 2009**.

**IT IS SO ORDERED.**

Dated: December 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE