UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carlos Castro,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Cal Terhune, Director, California Department of Corrections, Bonnie G. Garibay; J. Batchelor; S. C. Wolhwend; A. Scribner; J. Stokes; M. Yarborough; L. Hood; C. Campbell; A. M. Gonzalez; M. Ayala; E. Derusha, c/o Robert L. Ayers, Warden; J. Martinez<br><br>　　　　　　Defendants. | Case No.  3:98-CV-04877-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO BRING EQUIPMENT INTO THE COURTROOM PURSUANT TO CIVIL LOCAL RULE 7-11 (A) |

1 | Before the Court is Defendants' Motion for Administrative Relief to Bring Equipment into the Courtroom Pursuant to Civil L.R. 7-11(A). Defendants seek an order authorizing their attorneys to bring a laptop, ELMO, two screens, projector and associated cables and power cords into the Courtroom.

Defendants' motion is **GRANTED**.

**IT IS SO ORDERED** that Defendants shall be permitted to bring into the Courtroom for trial in the above-captioned matter, commencing at 7:30 a.m. on Monday, December 14, through the end of trial, the following items:

1. A projector;
2. Two screens;
3. An ELMO device;
4. Laptop computers;
5. Associated cables, power strips, and adapters.

**IT IS FURTHER ORDERED** that Defendants may make arrangements with the Clerk to bring and set up equipment in advance of trial, on Friday, December 11, 2009, after the close of other matters before the Court on that day.

Dated: December 11, 2009.



_____
HON.
United