1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

       Plaintiff,

   v.

CAL TERHUNE, Director, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
BONNIE G. GARIBAY, J. BATCHELOR,
S. C. WOLHWEND, A. SCRIBNER,
J. STOKES, M. YARBOROUGH, L. HOOD,
C. CAMPBELL, A. M. GONZALEZ,
M. AYALA, E. DERUSHA, c/o ROBERT L.
AYERS, Warden, J. MARTINEZ,

       Defendants.
_____/

No. C 98-04877 WHA

**ORDER APPROVING JOINT
STIPULATION REGARDING
AUTHENTICITY AND
ADMISSIBILITY
OF TRIAL EXHIBITS**

The joint stipulation regarding the authenticity and admissibility of the trial exhibits
submitted by the parties is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated:  December 14, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE