IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, Director, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S. C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A. M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT LL. AYERS, Warden, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**REQUEST FOR FURTHER BRIEFING**

Counsel have until next **TUESDAY, JANUARY 5, 2010, AT NOON,** to submit memorandum not to exceed three pages to assist the Court with the following question. If the confidential memorandum dated June 26, 1991, was insufficient (because it was unreliable or because it did not show a direct link), why did the Special Services Unit in Sacramento (which presumably knows its own regulations) allow the confidential memorandum to serve as one of three items in evidence and uphold the 1997 validation? Put differently, presumably the Special Services Unit thought one of the three items *did* show a direct link. Please address this question.

Dated: December 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE