**United States District Court**

For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

CARLOS CASTRO,

11              Plaintiff,                          No. C 98-04877 WHA

12     v.

13  CAL TERHUNE, Director, CALIFORNIA              **ORDER SETTING CASE**
    DEPARTMENT OF CORRECTIONS, G. BONNIE           **MANAGEMENT**
14  GARIBAY, J. BATCHELOR, S. C. WOLHWEND,         **CONFERENCE**
    A. SCRIBNER, J. STOKES, M. YARBOROUGH,
15  L. HOOD, C. CAMPBELL, A. M. GONZALEZ,
    M. AYALA, E. DERUSHA, c/o ROBERT L. L.
16  AYERS, Warden, and J. MARTINEZ,

17              Defendants.

18  _____/

19          A further case management conference will be held on **JANUARY 21, 2010, AT 11:00 A.M.**,

20  to discuss the trial date for the second trial, which the Court suggests be in late February 2010.

21

22          **IT IS SO ORDERED.**

23

24  Dated:   January 14, 2010.                     _____
                                                    WILLIAM ALSUP
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28