IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL TERHUNE, Director, CALIFORNIA DEPARTMENT OF CORRECTIONS, G. BONNIE GARIBAY, J. BATCHELOR, S. C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A. M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT L. L. AYERS, Warden, and J. MARTINEZ,<br><br>    Defendants.<br>_____ /<br>CARLOS CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. HOREL, D. MOUNT, J., BEESON, S. MCKINNEY, N. GRANNIS, EVERETT W. FISCHER, D. L. SPEEN, M. DUFF, DOES 1-100,<br><br>    Defendants.<br>_____ / | No. C 98-04877 WHA<br><br>No. C 09-04902 WHA<br><br>**ORDER REQUESTING PARTIES' INPUT ON WHETHER TO CONSOLIDATE ACTIONS** |

        Phase II of *Castro v. Terhune*, Case No. 3:98-cv-04877-WHA, is scheduled for a bench trial beginning on September 20, 2010. It will address plaintiff's "revalidation" as a prison gang associate in August 2009. *Terhune* was recently related to *Castro v. Horel*, Case No. 3:09-cv-04902-WHA, which will address plaintiff's "active/inactive" review as a prison gang

associate in 2006. The parties' written input on whether the two matters should be consolidated for trial is requested by **NOON ON FEBRUARY 17, 2010.**

**IT IS SO ORDERED.**

Dated: February 10, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE