IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL TERHUNE, Director, CALIFORNIA DEPARTMENT OF CORRECTIONS, G. BONNIE GARIBAY, J. BATCHELOR, S. C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A. M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT L. L. AYERS, Warden, and J. MARTINEZ,<br><br>    Defendants.<br>_____/<br>CARLOS CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. HOREL, D. MOUNT, J., BEESON, S. MCKINNEY, N. GRANNIS, EVERETT W. FISCHER, D. L. SPEEN, M. DUFF, DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C 98-04877 WHA<br><br>No. C 09-04902 WHA<br><br>**ORDER DENYING REQUEST TO STAY AND DECLINING TO CONSOLIDATE ACTIONS** |

Phase II of *Castro v. Terhune*, Case No. 3:98-cv-04877-WHA, is scheduled for a bench trial beginning on September 20, 2010. It will address plaintiff's "revalidation" as a prison gang associate in August 2009. *Terhune* was recently related to *Castro v. Horel*, Case No. 3:09-cv-04902-WHA, which will address plaintiff's "active/inactive" review as a prison gang associate in 2006. Plaintiff requests that *Terhune* and *Horel* be consolidated for trial.

Defendants oppose consolidation and have requested that *Horel* be stayed until after the Phase II trial in *Terhune* is complete.

The request to consolidate the two matters is **DENIED**. Although there are some common questions of law and fact to both matters, they nevertheless involve different defendants, prison staff and gang evidence. Consolidation would necessitate delay of the pretrial schedule in *Terhune* and would not promote increased efficiency or convenience in the resolution of either matter.

The request to stay *Horel* is also **DENIED**. Defendants argue that resolution of Phase II of *Terhune* will likely moot *Horel* but they presuppose that Castro's 2009 revalidation satisfied his procedural due process rights, the very issue still to be decided in the Phase II trial. Accordingly, no stay of *Horel* is warranted and both *Horel* and *Terhune* shall continue to proceed towards trial on separate tracks.

**IT IS SO ORDERED.**

Dated: February 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE