IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, Director, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S. C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A. M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT LL. AYERS, Warden, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER RE STIPULATION TO EXTEND DEADLINE TO PRODUCE RESPONSIVE DOCUMENTS, PRIVILEGE LOGS, AND SUPPORTING DECLARATIONS**

The parties have stipulated to extend deadline for defendants to produce responsive documents, privilege logs, and supporting declarations from March 4, 2010, to March 25, 2010. On the condition that parties do not use the extension as cause to seek a continuance of any deadline set in the case scheduling order, the stipulated request is **GRANTED.**

**IT IS SO ORDERED.**

Dated: March 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE