IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.
                                                                  /

No. C 98-04877 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE AND VACATING 6-17-10 HEARING DATE**

    The parties are **ORDERED** to further personally meet-and confer on **WEDNESDAY, MAY 19, 2010, FROM 12:30–3:30 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse, at 450 Golden Gate Avenue, San Francisco, California. Failing resolution, the Court shall hold a hearing at 3:30 p.m. that same day to resolve any remaining issue(s). Defendants' response is due by noon on Monday, May 17.

    Please note that only those who participate in the meet-and-confer on May 19 may be heard at the hearing. The hearing noticed for June 17 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE