IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.
    /

No. C 98-04877 WHA

**ORDER CONTINUING HEARING OF PLAINTIFF'S FIRST DISCOVERY DISPUTE AND SETTING SECOND DISCOVERY DISPUTE, AND VACATING 6-24-10 HEARING**

    Regarding plaintiff's second discovery dispute, the parties are **ORDERED** to further personally meet-and-confer on **FRIDAY, MAY 21, 2010, FROM 11:00–3:00 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse in San Francisco, California. The Court shall hold a hearing at 3:00 p.m. that same day to resolve any remaining issue(s). Defendants' response is due by noon on May 20.

    The meet-and-confer and hearing set for May 19 are hereby **VACATED**. The Court shall hear both discovery disputes on May 21.

    Please note that only those who participate in the meet-and-confer on May 21 may be heard at the hearing. The hearing noticed for June 24 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 18, 2010.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE