IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER RE ATTORNEY-CLIENT PRIVILEGE WAIVER AND ADDITIONAL DEPOSITIONS**

At a May 24 hearing on plaintiff's motions to compel, defendants were found to have waived the attorney-client privilege with respect to the subject matter of the involvement of the Office of the Attorney General in and leading up to plaintiff's revalidation as a prison gang associate in 2009. It was also ordered that plaintiff be permitted to take four additional depositions. For these depositions, the scope of allowable questions shall include the subject matter as to which the attorney-client privilege was waived, namely, questions about communications between defendants and the Office of the Attorney General regarding plaintiff's 2009 revalidation.

**IT IS SO ORDERED.**

Dated: June 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE