JAMES E. BURNS, JR. (SBN 53250)
jburns@orrick.com
ERICH F. LICHTBLAU (SBN 184450)
elichtblau@orrick.com
JAMES E. THOMPSON (SBN 240979)
jthompson@orrick.com
TARA M. MCMANIGAL (SBN 252076)
tmcmanigal@orrick.com
DONALD SNEAD (SBN 256138)
dsnead@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Plaintiff
Carlos Castro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carlos Castro,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Cal Terhune, Director, California Department of Corrections, Bonnie G. Garibay; J. Batchelor; S. C. Wolhwend; A. Scribner; J. Stokes; M. Yarborough; L. Hood; C. Campbell; A. M. Gonzalez; M. Ayala; E. Derusha, c/o Robert L. Ayers, Warden; J. Martinez<br><br>　　　　　　　Defendants. | Case No.  3:98-CV-04877-WHA<br><br>[PROPOSED] ORDER REGARDING MAY 21, 2010 HEARING ON PLAINTIFF'S MOTIONS TO COMPEL |

Pursuant to the May 24, 2010 hearing on Plaintiff's motions to compel production of documents and deposition testimony, the Court hereby orders:

(1) Defendants waived the attorney-client privilege with respect to the subject matter of the involvement of the Office of the Attorney General in and leading up to the re-validation of Plaintiff as a prison gang associate in August/September, 2009. Defendants shall submit documents withheld as privileged for in camera review on May 28, 2010 so that the Court may determine whether they fall within the subject matter of the waiver. On May 28, 2010 Plaintiff shall submit excerpts of depositions where witnesses were instructed not to answer questions on attorney-client privilege grounds so that the Court can determine whether the deposition should be reopened and the questions allowed because the subject matter of the underlying question has been waived.

(2) Defendants shall take Mr. Castro's deposition on May 25, 2010.

(3) Defendants shall produce to Plaintiff documents that state the reason for denying Mr. Castro's mother's visitation of Mr. Castro and documents that propose to terminate Mr. Castro's mother's visitation rights and state a reason for it.

(4) Plaintiff shall be permitted to take an additional four depositions. Although the parties failed to raise the issue, to afford adequate time to conduct the depositions, the non-expert discovery cut-off shall be extended to June 14, 2010. If any witness is not available until after June 14, 2010, their deposition shall be conducted as soon as practicable thereafter. Similarly, the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) shall be extended to June 14, 2010 so that the additional deposition testimony can be utilized in the export reports. All other expert-discovery deadlines shall similarly be extended. No other deadlines set forth in the Court's January 22, 2010 Order shall be altered at this time.

**IT IS SO ORDERED.**

Dated: June 3, 2010.



WILLIAM ALSUP
United States District Court Judge

OHS West:260922775.1     1     [PROPOSED] ORDER
3:98-CV-04877-WHA