IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER RE SCOPE OF PRIVILEGE WAIVER**

At a May 24 hearing on plaintiff's motions to compel, defendants were found to have waived the attorney-client privilege with respect to the subject matter of the involvement of the Office of the Attorney General in and leading up to plaintiff's revalidation as a prison gang associate in 2009. Plaintiff was ordered to submit the pages of the deposition transcripts where Witness Short was instructed not to answer, and defendants were ordered to submit communications identified on their privilege log, for *in camera* review as to the scope of the discovery waiver.

Based on this *in camera* review, this order rules that the deposition of Witness Short should be reopened on the subject of the involvement of the Office of the Attorney General in and leading up to plaintiff's revalidation as a prison gang associate in 2009, and Witness Short should answer those questions which he was previously instructed not to answer. Additionally, the Court

has reviewed defendants' submissions and those communications as to which attorney-client privilege was waived shall be turned over to plaintiff's counsel.

**IT IS SO ORDERED.**

Dated: June 14, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE