IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS CASTRO,**<br><br>Plaintiff,<br><br>v.<br><br>**CAL. TERHUNE, et al.,**<br><br>Defendants. | Case No. C 98-4877 WHA (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE EXHIBIT B TO DECLARATION OF BRENDAN M. KENNY UNDER SEAL**<br><br>Courtroom:   Courtroom 9, 19th Floor<br>Judge:          The Honorable William Alsup<br>Trial Date:    September 20, 2010<br>Action Filed: December 22, 1998 |

This Court, having reviewed Defendants' Ayers, Terhune, Garibay, Ayala, Martinez, Derusha, Batchelor, Yarborough, Hood, Scribner, Campbell, Stokes, and Gonzales's Administrative Request pursuant to Civil Local Rules 7-11 and 79-5, and good cause having been shown therefore, hereby GRANTS the Motion. Exhibit B to the declaration of Brendan M. Kenny shall be FILED UNDER SEAL.

IT IS SO ORDERED.

Dated:  June 14, 2010.

_____
The Honorable William Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

1