EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST
Deputy Attorney General
BRENDAN M. KENNY
Deputy Attorney General
State Bar No. 237969
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5744
 Fax:  (415) 703-5480
 E-mail:  Brendan.Kenny@doj.ca.gov
*Attorneys for Defendants
Ayala, Ayers, Batchelor, Campbell, Derusha,
Garibay, Gonzales, Hood, Martinez, Scribner,
Stokes, Terhune, and Yarborough*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CASTRO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CAL. TERHUNE, et al.,**<br><br>　　　　　　　　　　Defendants. | C 98-4877 WHA (PR)<br><br>[PROPOSED] **STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>Courtroom:　Courtroom 9, 19th floor<br>Judge:　　　The Honorable William Alsup<br>Trial Date:　 September 20, 2010<br>Action Filed:  December 22, 1998 |

On January 22, 2010, the Court ordered that the deadline to submit dispositive motions preceding Phase II of trial shall be July 8, 2010. (Case Management Order & Reference to Magistrate Judge for Settlement/Mediation 4, ¶ 8.) Defendants now cannot meet this deadline because of personal emergency. Deputy Attorney General Kenneth Roost has been scheduled to be out of the country from June 18 through July 5 for a pre-planned vacation. Deputy Attorney General Brendan Kenny, the other attorney for Defendants, was scheduled to leave the office after July 10 to attend to his wife and anticipated first-born baby. But a medical concern has

1

hastened his wife's delivery and Mr. Kenny's exit, leaving no attorney to complete Defendants' dispositive motion.  Defendants have conferred with Plaintiff's counsel, who do not object to an extension of the dispositive-motion deadline in light of these events.  The parties therefore propose to extend the dispositive-motion deadline by two weeks, from July 8 to July 22, 2010.  The parties hope that this two-week extension will not significantly pressure the September 20 trial date, because dispositive motions would still be heard, at latest, by August 26.

In sum, the parties request that this Court give the parties until July 22, 2010 to file dispositive motions.  The cut-off dates for expert discovery and written discovery are unaffected by this stipulation.

DATED: June 18, 2010           /s/ James E. Thompson
                               JAMES THOMPSON
                               Attorneys for Plaintiff Carlos Castro

DATED: June 18, 2010           /s/ Kenneth T. Roost
                               KENNETH T. ROOST
                               Attorneys for Defendants Terhune, et al.

**IT IS SO ORDERED.**

DATED: June 21, 2010
                               _____
                               HONORABLE WILLIAM ALSUP
                               United States District Judge

CF1999CX0023
40458953.doc

2

Stipulation Extend Deadline to File Dispositive Mots.   (C 98-4877 WHA (PR))