EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
BRENDAN M. KENNY
Deputy Attorney General
State Bar No. 231444
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5744
  Fax:  (415) 703-5843
  E-mail:  Brendan.Kenny@doj.ca.gov
*Attorneys for Defendants Ayala, Ayers, Batchelor, Campbell, Derusha, Garibay, Gonzales, Hood, Martinez, Scribner, Stokes, Terhune, and Yarborough*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CASTRO,**<br><br>                         Plaintiff,<br><br>v.<br><br>**CAL. TERHUNE, et al.,**<br><br>                        Defendants. | C 98-4877 WHA (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

    Defendants Ayala, Ayers, Batchelor, Campbell, Derusha, Garibay, Gonzales, Hood, Martinez, Scribner, Stokes, Terhune, and Yarborough (Defendants) have filed a request for a one-day extension of time to file a dispositive motion.  This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request.  Accordingly, Defendants are granted up to and including **July 23, 2010** to file a dispositive motion, and may personally serve Castro's counsel with this request for an extension of time on July 23, 2010 in lieu of e-service.

**SO ORDERED**

Dated: _____July 23, 2010._____

                                                                   WILLIAM H. ALSUP
                                                                   DISTRICT COURT JUDGE