UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carlos Castro,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Cal Terhune, et al.,<br><br>　　　　　Defendants.<br><br>　　　　　AND<br><br>Carlos Castro<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Robert A. Horel, et al.,<br><br>　　　　　Defendants. | Case No.  3:98-CV-04877-WHA<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:   August 16, 2010<br>Time:  12:00 p.m.<br>Place:  Courtroom E, 15th Floor<br>Judge: Nandor J. Vadas<br><br>Case No.  3:09-CV-04902-WHA |

　　　　Carlos Castro, inmate no. C-69975, is the named plaintiff in the case *Castro v. Terhune, et al.*, Case No. 3:98-CV-04877-WHA and *Castro v. Horel, et al.*, Case No. 3:09-CV-04902-WHA. Mr. Castro is currently confined in PELICAN BAY STATE PRISON, 5905 LAKE EARL DRIVE or P.O. BOX 7500, CRESCENT CITY, CALIFORNIA 95532. He is a necessary party at a court-sponsored settlement conference scheduled for August 16, 2010. To allow for Mr. Castro's participation in said mediation, it is necessary that a Writ of Habeas Corpus Ad

Testificandum issue commanding the custodian to produce the inmate before this Court, Courtroom E on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on August 16, 2010 at 12:00 p.m. and throughout the duration of the settlement conference.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court commanding the Warden of Pelican Bay State Prison, 5905 LAKE EARL DRIVE or P.O. BOX 7000, CRESCENT CITY, CALIFORNIA 95532 to produce the inmate to Courtroom E on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on August 16, 2010 at 12:00 p.m until the completion of settlement conference as ordered by the Court; and

2. Upon completion of the court-sponsored mediation, and upon satisfaction of this writ by the Court, Carlos Castro shall be returned to Pelican Bay State Prison under safe and secure conduct. **Mr. Castro will be allowed to remain housed in the same cell in which he resides on the date of his transport. Upon his return to Pelican Bay State Prison, Mr. Castro shall be returned to his cell as soon as practicably possible. Mr. Castro shall not be required to remove his property from his cell or "transpack." Mr. Castro's property shall remain in his cell and shall not be disturbed while Castro is absent unless there is an emergency security need requiring entry. The total duration of Castro's transfer shall not exceed 72 hours absent an Order from this Court specifying otherwise.**

//
//
//
//
//
//
//
//

1    <u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

2    TO THE WARDEN OF PELICAN BAY STATE PRISON,

3           We COMMAND you to produce the inmate named above to Courtroom E on the 15th
4    floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate
5    Avenue, San Francisco, CA 94102 on August 16, 2010 at 12:00 p.m., and following completion
6    of the court-sponsored mediation to return the inmate to the above institution pursuant to the
7    conditions set forth above.

9    Dated:  August 10, 2010

                                                                    Nandor J. Vadas
                                                                    United States Magistrate Judge