| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | THOMAS S. PATTERSON<br>Supervising Deputy Attorney General |
| 3 | KENNETH T. ROOST<br>Deputy Attorney General |
| 4 | State Bar No. 231444<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5824 |
| 6 |  Fax:  (415) 703-5843<br> E-mail:  Ken.Roost@doj.ca.gov |
| 7 | *Attorneys for Defendants Ayala, Ayers, Batchelor, Campbell, Derusha, Garibay, Gonzales, Hood,* |
| 8 | *Martinez, Scribner, Stokes, Terhune, and Yarborough* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS CASTRO,**<br><br>                                      Plaintiff,<br><br>     v.<br><br>**CAL. TERHUNE, et al.,**<br><br>                                      Defendants. | C 98-4877 WHA (PR)<br><br>**STIPULATION TO AN ACCELERATED HEARING OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>Courtroom:    Courtroom 9, 19th floor<br>Judge:          The Honorable William Alsup<br>Trial Date:    September 20, 2010<br>Action Filed:  December 22, 1998 |

   Defendants are moving under Federal Rule of Civil Procedure 26 for a protective order preventing Castro from subpoenaing for a deposition Jeffrey Hook, in-house counsel for the California Department of Corrections and Rehabilitation (CDCR), or anyone else who has yet to be identified less than two months before trial.

   The parties agree that an accelerated hearing schedule is necessary to resolve the matter with enough time, if the Court were to order the deposition, for Castro to take Mr. Hook's deposition and obtain a transcript before trial begins on September 20.  Further, the Honorable

1  Judge Alsup is unavailable from August 16 through August 27, and from September 6 through
2  September 10.
3      The parties therefore stipulate to hear this matter on September 2, when the Court is already
4  scheduled to hear Defendants' summary-judgment motion.  Plaintiff's opposition shall be due by
5  noon on August 16.  Defendants' reply shall be due by noon on August 20.

6

7  DATED:  August 10, 2010_     /s/ James E. Thompson
    JAMES THOMPSON
8      Attorneys for Plaintiff Carlos Castro

9

10 DATED:  August 10, 2010_     /s/ Kenneth T. Roost
    KENNETH T. ROOST
11     Attorneys for Defendants Terhune, et al.

12 **IT IS SO ORDERED.**

13

14 DATED: August 11, 2010.

15

16

17

18 CF1999CX0023
   20324181.doc
19

*IT IS SO ORDERED*
*Judge William Alsup*