JAMES E. BURNS, JR. (STATE BAR NO. 53250)
jburns@orrick.com
JAMES E. THOMPSON (STATE BAR NO. 240979)
jthompson@orrick.com
TARA M. MCMANIGAL (STATE BAR NO. 252076)
tmcmanigal@orrick.com
DONALD A. SNEAD (STATE BAR NO. 256138)
dsnead@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Plaintiff
CARLOS CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS CASTRO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS; BONNIE G. GARIBAY; J. BATCHELOR; S. C. WOLHWEND; A. SCRIBNER; J. STOKES; M. YARBOROUGH; L. HOOD; C. CAMPBELL; A. M. GONZALEZ; M. AYALA; E. DERUSHA, c/o ROBERT L. AYERS, WARDEN; J. MARTINEZ,<br><br>　　　　　　　Defendants. | Case No.  3:98-CV-04877-WHA<br><br>**DECLARATION OF JAMES E. THOMPSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　September 2, 2010<br>Time:　　8:00 a.m.<br>Judge:　　William Alsup |

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Plaintiff Carlos Castro in the above-captioned matter. I have personal knowledge of the following facts and, if called as a witness, would testify thereto.

2. It is my understanding from conversations with the Attorney General that the 2000 letter authored by Anthony Sisneros, which is the basis of the Memorandum dated December 22, 2000 authored by Daniel Evanilla, does not exist and no evidence of the letter's contents remains.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of James Clinton McMillan, dated April 27, 2010.

4. Attached hereto as Exhibit 2 is a true and correct copy of a State AG letter to Everett Fischer re: Castro v. Terhune, et al., Settlement Evaluation, Bates No. AGO 03441-43, dated April 2, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Sean Richard Burris, dated April 29, 2010.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Ken Roost to Jeffrey Hook re: Castro v. Terhune: revalidation, Bates No. AGO 03383, dated April 30, 2009.

7. Attached hereto as Exhibit 5 is a true and correct copy of a State AG letter to Jeffrey W. Hook, re: Carlos Castro v. Cal Terhune, et al., Request for Settlement Authority, Bates No. AGO 03430-32, dated April 1, 2008.

8. Attached hereto as Exhibit 6 is a true and correct copy of State Memorandum to Anthony Chaus re: Recommendation for Revalidation Procedure, Bates No. AGO 03375-77, dated July 28, 2009.

9. Attached hereto as Exhibit 7 is a true and correct copy of Stat AG letter to Jeffrey W. Hook, re: Castro v. Terhune, et al., Further Request to Moot or Settle Case, Bates No. AGO 03381, dated July 20, 2009.

10. Attached hereto as Exhibit 8 is a true and correct copy of State AG letter to Jeffrey W. Hook, re: Castro v. Terhune, et al., Attorney's Fees Exposure for Revalidation, Bates No. AGO 03397-98, dated June 30, 2009.

1    11.   Attached hereto as Exhibit 9 is a true and correct copy of State AG letter to Jeffrey W. Hook, re: Castro v. Terhune, et al., Recommending Revalidation, Bates No. AGO 03399-400, dated May 26, 2009.

2    12.   Attached hereto as Exhibit 10 is a true and correct copy of SSU Gang Validation package on Carlos Castro, Bates No. AGO 04602-21, AGO 04660, AGO 04667-72, AGO 04684, AGO 04695-99, AGO 04709-17, dated September 3, 2009.

3    13.   Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the UNCERTIFIED ROUGH DRAFT TRANSCRIPT of James Clinton McMillan, dated August 10, 2010.

4    14.   Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition of Joshua Earl Pieren, dated May 14, 2010.

5    15.   Attached hereto as Exhibit 13 is a true and correct copy of an email from Everett Fischer to Jeffrey Hook re: Castro v. Terhune: staff recommendation re revalidation, Bates No. SSU002209-11, dated July 31, 2009.

6    16.   Attached hereto as Exhibit 14 is a true and correct copy of an email from Darrin Short to Ken Roost re: Carlos CASTRO, Bates No. AGO 03348-49, dated August 24, 2009.

7    17.   Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition of Darrin Short, dated May 13, 2010.

8    18.   Attached hereto as Exhibit 16 is a true and correct copy of an email from Ken Roost to Everett Fischer re: Castro revalidation, Bates No. SSU002208, dated August 12, 2009.

9    19.   Attached hereto as Exhibit 17 is a true and correct copy of Robert S. Marquez Expert Report, dated May 25, 2010.

10    20.   Attached hereto as Exhibit 18 is a true and correct copy of David Tristan Expert Rebuttal Report, dated June 28, 2010.

11    21.   Attached hereto as Exhibit 19 is a true and correct copy of Daniel B. Vasquez Supplemental and Sur Reply Expert Report, dated July 5, 2010.

12    22.   Attached hereto as Exhibit 20 is a true and correct copy of an email from Darrin Short to Everett Fischer re: Carlos CASTRO, Bates No. SSU002247-48, dated August 12, 2009.

OHS West:260967375.1        - 2 -        DECLARATION OF JAMES E. THOMPSON
CASE NO. 3:98-CV-04877-WHA

23. Attached hereto as Exhibit 21 is a true and correct copy of Daniel B. Vasquez Expert Report, dated June 14, 2010.

24. Attached hereto as Exhibit 22 is a true and correct copy of Robert S. Marquez Rebuttal Expert Report, dated June 25, 2010.

25. Attached hereto as Exhibit 23 is a true and correct copy of an excerpt from the Department of Corrections and Rehabilitations Operations Manual (DOM) section 52070.1.

26. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the deposition of Andrew John Barneburg, dated April 30, 2010.

27. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the deposition of Everett Wayne Fischer, dated April 23, 2010.

28. Attached hereto as Exhibit 26 is the Findings of Fact and Conclusions of Law; Order in *Lira v. Matthew Cate* [Docket No. 456] Case No. C 00-0905 SI, dated September 30, 2009.

29. Attached hereto as Exhibit 27 is a true and correct copy of the image of a tattoo of the Aztec warrior shield, Bates No. AGO 04482.

30. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from a presentation on Gang Violence re Association, Bates No. SSU001034-35.

Executed this 12th day of August 2010, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

                                                                               /s/ *James Thompson*
                                                                                  James Thompson