IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER TO SHOW CAUSE**

On August 10, 2010, the parties filed a stipulation concerning an accelerated briefing schedule for defendants' motion for a protective order in this case (Dkt. No. 323). The stipulation was signed and entered as an order by the Court on August 11, 2010 (Dkt. No. 328). Pursuant to the Court's order, any brief in opposition to defendants' motion was due on August 16, 2010, at noon, but no such opposition has been received. Plaintiff is ordered to respond by **AUGUST 18, 2010**, at **NOON**, and show cause for his failure to respond to the motion in accordance with the Court's order, or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late

opposition. If plaintiff fails to file a written response to this order, the defendants' motion for a protective order shall be granted.

**IT IS SO ORDERED.**

Dated: August 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE