IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER REGARDING ORDER TO SHOW CAUSE**

The Court has reviewed plaintiff's response to the order to show cause regarding his failure to file an opposition to defendants' motion for a protective order. Plaintiff is granted leave to file an opposition by **NOON** on **AUGUST 19, 2010**. Defendants shall file a reply by **NOON** on **AUGUST 23, 2010**.

**IT IS SO ORDERED.**

Dated: August 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE