IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER REQUESTING FURTHER BRIEFING**

To aid the Court's consideration of defendants' motion for summary judgment, further briefing is requested from both parties on the following topic: What is the legal standard plaintiff must meet in order to demonstrate a denial of due process by reason of alleged bias in favor of a predetermined outcome?

Please cite case law on point. Responses are limited to five pages and must be filed by **NOON ON AUGUST 27, 2010.**

**IT IS SO ORDERED.**

Dated: August 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE