IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, BONNIE G. GARIBAY, J. BATCHELOR, S.C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A.M. GONZALEZ, M. AYALA, E. DERUSHA, C/O ROBERT L. AYERS, WARDEN, J. MARTINEZ,

    Defendants.

No. C 98-04877 WHA

**ORDER GRANTING DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

    Defendants have filed a renewed administrative motion to file under seal exhibit H to the declaration of Kenneth Roost and a portion of their memorandum of points and authorities in support of their motion for summary judgment. They demonstrate a compelling need to keep these documents under seal, as they consist of confidential memoranda concerning the activities and members of the Mexican Mafia prison gang. Defendants' motion is **GRANTED**.

    Defendants have also requested that the documents submitted be sealed for seventy-five years, rather than the customary ten years specified in Civil Local Rule 79-5. As stated in Rule 79-5(f), "a party that submitted documents that the Court placed under seal in a case may, upon showing good cause at the conclusion of the case, seek an order that would continue the seal until

a specific date beyond the 10 years provided by this rule." This request is therefore not properly presented at this time.

**IT IS SO ORDERED.**

Dated: September 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE