IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, Director, CALIFORNIA DEPARTMENT OF CORRECTIONS, G. BONNIE GARIBAY, J. BATCHELOR, S. C. WOLHWEND, A. SCRIBNER, J. STOKES, M. YARBOROUGH, L. HOOD, C. CAMPBELL, A. M. GONZALEZ, M. AYALA, E. DERUSHA, c/o ROBERT L. L. AYERS, Warden, and J. MARTINEZ,

    Defendants.
/

No. C 98-04877 WHA

**ORDER REGARDING ATTORNEY LICHTBLAU'S TELEPHONE MESSAGE**

    The apology of Attorney Erich Lichtblau is accepted. His telephone message to opposing counsel fell short of the traditions of civility practiced in our district but it was not an egregious shortfall and seems to have been only a minor momentary lapse. It certainly was not the type of "bias" contemplated by Civil Local Rule 11-4(b). Both sides must please try harder to get to the end of this litigation in a professional manner.

Dated: October 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE