IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, ROBERT L. AYERS, JR., G. BONNIE GARIBAY, M. YARBOROUGH, A. SCRIBNER, L. HOOD, J. STOKES, C. CAMPBELL, A. M. GONZALES, M. AYALA, S. C. WOLHWEND, A. JORDAN, J. MARTINEZ, J. BATCHELOR, and E. DERUSHA,

    Defendants.

          No. C 98-04877 WHA

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TERMINATE CASE**

    Defense counsel has filed a notice of final administrative decision in the validation process, pursuant to the remedial order to conduct a new validation procedure, stating that the CDCR has now revalidated Castro as a Mexican Mafia prison-gang associate. Defense counsel requests until May 31 to file their motion to terminate this case, again as contemplated by the remedial order. The motion to terminate will be due on **MAY 26, 2011**, and defense counsel shall notice the hearing on the motion for **JUNE 30, 2011, AT 2:00 P.M.** If plaintiff opposes the motion, counsel shall please focus on how defendants purportedly violated the remedial order specifically.

    **IT IS SO ORDERED.**

Dated: April 29, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE