UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS CASTRO, | Case No. 3:98-CV-04877-WHA |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO BRING EQUIPMENT INTO THE COURTROOM AND NOTICE REGARDING HEARING** |
| v. | |
| CAL TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS; BONNIE G. GARIBAY; J. BATCHELOR; S. C. WOLHWEND; A. SCRIBNER; J. STOKES; M. YARBOROUGH; L. HOOD; C. CAMPBELL; A. M. GONZALEZ; M. AYALA; E. DERUSHA, c/o ROBERT L. AYERS, WARDEN; J. MARTINEZ, | Date:      June 30, 2011<br>Time:      2:00 p.m.<br>Judge:     Honorable William Alsup |
| Defendants. | |

1    Before the Court is Plaintiff's Administrative Request to Bring Equipment into the
2    Courtroom Pursuant to Civil L.R. 7-11(A).  Plaintiff seeks an order authorizing his attorneys to
3    bring a laptop, ELMO, screen, and associated cables and power fords into the Courtroom.

4    Plaintiff's request is **GRANTED**.

5    **IT IS SO ORDERED** that Plaintiff shall be permitted to bring into the Courtroom for the
6    June 30, 2011 hearing the following items:

7    1.    A screen;
8    2.    An ELMO device;
9    3.    Laptop Computers;
10   4.    Associated cables, power strips, and adapters.

11   **IT IS FURTHER ORDERED** that Plaintiff may make arrangements with the Clerk of
12   the Court to bring and set up equipment in advance of the hearing.

**DUE TO AN ONGOING TRIAL, THE TIME AVAILABLE FOR ORAL ARGUMENT WILL BE LIMITED.  ALL COUNSEL SHALL PLAN TO ADDRESS ONLY CRITICAL POINTS.**

DATED: June 22, 2011.

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE