1

2

3

4

5

6                                    IN THE UNITED STATES DISTRICT COURT

7                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10      CARLOS CASTRO,

11                     Plaintiff,                            No. C 98-04877 WHA

12        v.

13      CAL TERHUNE, ROBERT L. AYERS, JR.,          **ORDER GRANTING PLAINTIFF'S**
        G. BONNIE GARIBAY, M. YARBOROUGH,           **ADMINISTRATIVE MOTION TO**
14      A. SCRIBNER, L. HOOD, J. STOKES, C.         **FILE UNDER SEAL**
        CAMPBELL, A. M. GONZALES,
15      M. AYALA, S. C. WOHLWEND, A.
        JORDAN, J. MARTINEZ, J. BATCHELOR,
16      and E. DERUSHA,

17                     Defendants.

18      _____/

19            Plaintiff's counsel, having inadvertently filed certain confidential documents as exhibits

20      on the public docket, along with other documents that are not confidential, filed an administrative

21      motion to seal, and defense counsel has filed a declaration in support.  For good cause shown,

22      plaintiff's motion is **GRANTED**.  Plaintiff's counsel shall immediately: (1) file under seal

23      unredacted versions of exhibits 28, 30–32, 38, 52, 57–58, 61, and 63 to the Thompson

24      declaration; and, as a separate docket entry, (2) file publicly all other exhibits to the Thompson

25      declaration *and* a redacted version of exhibit 38, which redactions shall be *narrowly tailored* to

26      include only the excerpts of the confidential memoranda or references to their content for which

27      the sealing order was sought.  Counsel shall take care that the newly-filed exhibits in the

28      aggregate reflect the exact content of the original exhibits to the Thompson declaration; in other

words, to not add or subtract anything while implementing this sealing fix.

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Once plaintiff's counsel have filed the foregoing, the Clerk shall remove all of the exhibits to docket number 419, and indicate on the docket that docket number 419 corresponds with the new exhibits.

**IT IS SO ORDERED.**

Dated:  June 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE