IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS CASTRO,<br><br>                            Plaintiff,<br><br>v.<br><br>CAL TERHUNE, et al.,<br><br>                          Defendants. | C 98-4877 WHA (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Courtroom: Courtroom 9, 19th floor<br>Judge: The Honorable William Alsup<br>Action Filed: December 22, 1998<br>Dismissed: July 5, 2011 |

1

1 **WHEREAS**, on July 5, 2011, this Court granted Defendants' motion to terminate and entered judgment for Plaintiff Carlos Castro. (Docket Nos. 434–435.);

**WHEREAS**, pursuant to 42 U.S.C. § 1988, Plaintiff Carlos Castro's motion for attorneys' fees and costs is currently due on or before July 19, 2011;

**WHEREAS**, the parties are currently engaged in settlement discussions regarding the attorneys' fees and costs;

**WHEREAS,** to provide the parties time to try to resolve this issue, the parties agree to extend the deadline for Plaintiff's motion for attorneys' fees and costs to August 19, 2011;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel, subject to approval of the Court, that Plaintiff be given until **August 19, 2011** to file a motion for attorneys' fees and costs.

Respectfully submitted:

DATED: July 12, 2011

/s/ James E. Thompson
JAMES E. THOMPSON
Attorneys for Plaintiff Carlos Castro

DATED: July 12, 2011

/s/ Brendan M. Kenny
BRENDAN M. KENNY
Attorneys for Defendants Terhune, et al.

**IT IS SO ORDERED.**

DATED: July 13, 2011.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

2

Stip. Re Pl.'s Mot. Attorneys' Fees & Costs   (C 98-4877 WHA (PR))