1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14 | **CARLOS CASTRO,** | C 98-4877 WHA (PR)
15 | Plaintiff, | ORDER GRANTING IN PART STIPULATION TO EXTEND TIME
16 | v. | TO FILE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES
17 | **CAL TERHUNE, et al.,** |
18 | Defendants. | Courtroom:   Courtroom 9, 19th floor
19 | | Judge:   The Honorable William Alsup
    | | Action Filed: December 22, 1998
20 | | Dismissed:   July 5, 2011

21

22   On July 5, 2011, this Court granted Defendants' motion to terminate and entered judgment

23 for Plaintiff Carlos Castro. (Docket Nos. 434–435.) Under 42 U.S.C. § 1988, Plaintiff Carlos

24 Castro's motion for attorneys' fees and costs was originally due on or before July 19, 2011. On

25 July 12, 2011, the parties stipulated to extend the deadline to file the motion for attorneys' fees

26 and costs, and the Court subsequently extended the deadline until August 19, 2011, because the

27 parties were engaged in settlement discussions. The settlement discussions regarding the

28 attorneys' fees and costs remain ongoing.  The parties stipulate that Plaintiff be given until

September 19, 2011, to file the motion for attorneys' fees and costs.

The deadline shall be extended to September 7, 2011.  No further extensions shall be granted.

**IT IS SO ORDERED.**

DATED: August 9, 2011.

_____
HONORABLE WILLIAM ALSUP
United States District Judge