IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

v.

CAL TERHUNE, *et al.*,

    Defendants.

No. C 98-04877 WHA

**ORDER ON REQUEST TO CHANGE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S ATTORNEY'S FEES SUBMISSION**

    Defendant has submitted a request for a fourteen-day extension of time to submit its opposition to plaintiff Carlos Castro's attorney's fees submission. Plaintiff opposes the request for an extension of time. Defendants were previously granted a generous extension of time to comply with deadlines on the attorney's fees motion. Good cause does not exist to grant a fourteen-day extension. Only a brief extension of time will be permitted. Defendants will be given until **DECEMBER 30, 2011** to submit their opposition to plaintiff's attorney's fees submission.

    **IT IS SO ORDERED.**

Dated: December 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE