1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9

**United States District Court**
For the Northern District of California

10   CARLOS CASTRO,
                                                    No. C 98-04877 WHA
11              Plaintiff,

12      v.                                          **ORDER ON REQUEST TO**
                                                    **CHANGE TIME FOR**
13   CAL TERHUNE,** *et al.*,                       **DEFENDANTS TO RESPOND TO**
                                                    **PLAINTIFF'S ATTORNEY'S**
14              Defendants.                         **FEES SUBMISSION**
                                            /
15

16          Defendant has submitted a request for a fourteen-day extension of time to submit its

17   opposition to plaintiff Carlos Castro's attorney's fees submission.  Plaintiff opposes the request

18   for an extension of time.  Defendants were previously granted a generous extension of time to

19   comply with deadlines on the attorney's fees motion.  Good cause does not exist to grant a

20   fourteen-day extension.  Only a brief extension of time will be permitted.  Defendants will be

21   given until **DECEMBER 30, 2011** to submit their opposition to plaintiff's attorney's fees

22   submission.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  December 23, 2011.                     _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE

28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28