**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, *et al.*,

    Defendants.

No. C 98-04877 WHA

**APPOINTMENT OF SPECIAL MASTER AND ORDER OF REFERENCE**

    The parties having agreed upon a special master, the Court hereby appoints the Honorable Eugene F. Lynch as the special master pursuant to the order dated November 14, 2011 (Dkt. No. 474). Judge Lynch shall have all powers authorized by said order to determine the amount of attorney's fees due plaintiff. The special master and the parties shall adhere to the schedule set forth in said order. The deadline for the special master's report on recommended findings and amount shall be **FEBRUARY 14, 2012**. By his signature below, filed with the Court, the special master shall indicate his acceptance of the reference.

    **IT IS SO ORDERED.**

Dated: January 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Acceptance by Special Master.

Dated:

_____

2