**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CARLOS CASTRO,                                    No. C 98-04877 WHA

11          Plaintiff,

12      v.                                             **APPOINTMENT OF SPECIAL**
                                                       **MASTER AND ORDER OF**
13   CAL TERHUNE, *et al.*,                            **REFERENCE**

14          Defendants.

15   _____/

16          The parties having agreed upon a special master, the Court hereby appoints the Honorable

17   Eugene F. Lynch as the special master pursuant to the order dated November 14, 2011 (Dkt. No.

18   474). Judge Lynch shall have all powers authorized by said order to determine the amount of

19   attorney's fees due plaintiff. The special master and the parties shall adhere to the schedule set

20   forth in said order. The deadline for the special master's report on recommended findings and

21   amount shall be **FEBRUARY 14, 2012**. By his signature below, filed with the Court, the special

22   master shall indicate his acceptance of the reference.

23

24          **IT IS SO ORDERED.**

25

26   Dated: January 11, 2012.

27                                                     _____
                                                       WILLIAM ALSUP
28                                                     UNITED STATES DISTRICT JUDGE

1     Acceptance by Special Master.

2

3     Dated:

4     _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California