IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

  v.

CAL TERHUNE, *et al.*,

    Defendants.

No. C 98-04877 WHA

**ORDER SETTING DEADLINE FOR FILING OBJECTIONS**

The special master issued his report and recommendation regarding the amount of attorneys' fees and costs to be awarded to the Orrick firm. Defendants have submitted a notice of their intent to file objections to the report. All objections shall be filed by **NOON ON MARCH 7, 2012**.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE