IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS CASTRO,

    Plaintiff,

 v.

CAL TERHUNE, *et al*,

    Defendants.

    /

No. C 98-04877 WHA

**ORDER RE STAY OF PROCEEDINGS ON ATTORNEY'S FEES**

The parties have indicated they have an agreement in-principle on plaintiff's motion for attorney's fees and costs and have requested a stay until March 30, 2012, of the proceedings regarding plaintiff's motion for attorney's fees and cost, including the time period in which to respond to the special master's report. The deadline for responding to the special master's report was March 7. Defendants' filed their objections on March 7. No objection has been filed by plaintiff. Should plaintiff desire to file an objection, plaintiff will need to seek leave of Court, as the deadline for filing objections has passed and will not be stayed.

The parties will have until **NOON ON MARCH 29, 2012**, to reach an agreement on the attorney's fees and costs issue and file a dismissal. If no such dismissal is filed, an order will issue resolving the motion.

**IT IS SO ORDERED.**

Dated: March 8, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE