IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL TERHUNE, *et al.*,<br><br>    Defendant.<br>                                   / | No. C 98-04877 WHA<br><br>**ORDER GRANTING LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER REPORT** |

      Plaintiff filed an administrative motion seeking leave to file a response to defendants' objections to the special-master's recommendation "in order to clarify various issues and factual inaccuracies raised in defendants' briefing" (Dkt. No. 495 at 2). The time to oppose has passed. Plaintiff indicated in its motion that defendants would not stipulate to the filing of plaintiff's proposed response. However, defendants did not file an opposition. Thus, the motion is **GRANTED**. Plaintiff's proposed response brief is deemed filed as of the date of this order.

      **IT IS SO ORDERED.**

Dated: March 28, 2012.

                                                              WILLIAM ALSUP<br>
                                                              UNITED STATES DISTRICT JUDGE